## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ERIKA RENEE RILEY-JACKSON, ET. AL., | ) | MINUTES OF COURT |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO. 07-631-MJR-PMF |
| vs. | ) | |
| | ) | DATE: June 28, 2010 |
| CASINO QUEEN, INC., A CORPORATION, | ) | TIME: 9:15 a.m. - 3:35 p.m. |
| | ) | (Recesses: 10:50-11:05 a.m., 12:15-1:45 p.m.) |
| Defendant. | ) | LOCATION:  Benton |

**PRESENT:  HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE**

**DEPUTY CLERK:** Karen R. Metheney        **COURT REPORTER:** Jane O. McCorkle, OCR

**COUNSEL FOR PLAINTIFFS**:  Mark S. Schuver, Laura E. Craft, Stephen P. McGlynn

**COUNSEL FOR DEFENDANT**: Sean K. Cronin, Kevin T. Hoerner

**PROCEEDINGS:**  Discovery Dispute Conference

Counsel present as noted above and heard.

Witnesses called:
| | | |
|---|---|---|
| (1) | Terrance Hanger | (10:00-10:50 a.m.) |
| (2) | Mary Ann Mantia | (11:05-11:47 a.m.) |
| (3) | Kim Lawana Cushshon | (11:47- 12:05 p.m.) |

Court recesses 12:15 - 1:45 p.m.
Court reconvenes and hearing continues.
Separate order to enter.

Exhibits placed in envelope to be maintained in the Clerk's Office in Benton.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

Page 1  of 1

**In Re:** Riley-Jackson, et. al. -vs- Casino Queen, Inc.

| | | |
|---|---|---|
| **Presiding:** | **Attorneys for Plaintiffs:** | **Attorney for Defendants:** |
| Hon. Philip M. Frazier | Mark S. Schuver, Laura E. Craft, Stephen P. McGlynn | Kevin T. Hoerner, Sean K. Cronin |
| | | |
| **Hearing Date** | **Court Reporter** | **Courtroom Deputy** |
| 6/28/2010 | Jane O. McCorkle, OCR | Karen R. Metheney |

## EXHIBIT AND WITNESS LIST

| Ptf. No. | Deft. No. | Date Marked | Admitted | Description |
|---|---|---|---|---|
| | | 6/28/10 | | **WITNESS: Terrance Hanger**, Asst. General Manager, Casino Queen, Inc. |
| 1 | | | | Casino Queen Affirmative Action Plan (Bates Stamp CQ 14186-14194) |
| 2 | | | | Reports from April Sherrod's personnel file (Bates Stamp) 001296-001298 |
| | | 6/28/10 | | **WITNESS:  Mary Ann Mantia**, Human Resources Dir., Casino Queen, Inc. |
| 3 | | | | Employee Listing with Name, Start Date and Last Day Worked |
| | | 6/28/10 | | **WITNESS:  Kim Lawana Cushshon,** Interim HR Dir., Casino Queen, Inc. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |